UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14450-CIV-CANNON/Maynard

**VIRGINIA EBANKS**,

    Plaintiff,

v.

**CAPITAL MANAGEMENT SERVICES, L.P.**,

    Defendant.

_____/

**REFERRAL FOR SETTLEMENT CONFERENCE**

    **THIS MATTER** comes before the Court *sua sponte* and is **REFERRED** for purposes of a settlement conference before Magistrate Judge Shaniek M. Maynard. Counsel shall confer and contact Magistrate Judge Maynard's Chambers **on or before March 1, 2021** to schedule the settlement conference. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory.[1]

    All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **three (3) days** of the conference.

    Failure to comply with **ANY** of these procedures may result in the imposition of

---

[1] Given the ongoing COVID-19 pandemic, the settlement conference may be conducted via teleconference, Zoom, or as otherwise indicated by Magistrate Judge Maynard. The parties shall discuss these arrangements with Magistrate Judge Maynard.

CASE NO. 20-14450-CIV-CANNON

appropriate sanctions, including but not limited to the dismissal of this action or entry of default.

**DONE AND ORDERED** in Fort Pierce, Florida, this 19th day of February 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record